UNITED STATES of America,
Plaintiff–Appellee,

v.

Gregory Charles HOWARD,
Defendant–Appellant.

No. 05–30393
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 25, 2006.

Jennifer McDaniel Kleinpeter, U.S. Attorney's Office Middle District of Louisi-ana, Baton Rouge, LA, for Plaintiff–Appellee.

John Paul Calmes, Jr., Baton Rouge, LA, for Defendant–Appellant.

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Gregory Charles Howard has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of counsel's brief, the record, and Howard's responses discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Howard's motion for appointment of substitute counsel is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.